UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT WILLIAM RICHARDS,

      Petitioner,

v.

      Case No.: 1:07-cv-1104

      HONORABLE PAUL L. MALONEY

KENNETH MCKEE,

      Respondent.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Ellen S. Carmody in this action (Dkt. #13). The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that the habeas corpus petition is dismissed pursuant to Rule 4 for it lacks merit.

**IT IS FURTHER ORDERED** that a certificate of appealability is denied.

Dated:  May 27, 2008

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge